UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 15-cv-61807-Marra/White

FILED by MC D.C.
AUG 2 8 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Eric Mitchell
(Write the full name of the plaintiff)

vs.

A. Thorpe
Scott Israel

(Write the full name of the defendant/s in this case)

cat / div 1983/550/Broward
Case #
Judge ______ Mag PAW
Motn Ifp YES Fee pd $ NO
Receipt #

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

**A.** Plaintiff: Eric Mitchell

Address: P.O. BOX 9356

Inmate/Prison No.: 501503374

*Year* of Birth: 1993 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: A. Thorpe — Defendant: Scott Israel

Official Position: Deputy — Official Position: Sheriff's

Place of Employment: Broward County Main Jail — Place of Employment: Broward County Sheriff office

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

# INSTRUCTIONS FOR FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C., SECTION 1983

This packet includes two forms:
(1) Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2) Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:

- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also,you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

On July 26, 2015, Defendant Thorpe was the housing deputy in the infirmary While Mitchell was on Suicide. Approximately 19:30 hours Mitchell was going to the restroom in the suicide uniform, when the booth tech Said she seen Mitchell penis. Upon information and belief, Broward County Main Jail Policy dictated that deputy write Disciplinary Committee Action Sheet when inmates Violate Jail rule unless inmate gave deputy A Reason to fear for they life. However, Thorpe Punched and denied Mitchell medical care, and leaving Mitchell with minor bruises, Swelling of Mitchell face and mouth. Israel is not investigate when it come to the officer used excessive force.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Granting Plaintiff Mitchell a declaration that the acts and omissions described herein violate Mitchell rights under the Constitution and laws of the United States, and A Preliminary and Permanent injunction ordering defendants Thorpe and Israel to cease their Physical violence and Cruel and Unusual Punishment, toward Plaintiff Mitchell and Granting Plaintiff Mitchell compensatory damages in the amount of $50000 against each defendant, jointly and severally. Plaintiff Seek punitive damages in the amount $25,000.

______________________________________________________________________

______________________________________________________________________

**IV. Jury Demand**

Are you demanding a jury trial? ____ Yes ✓ No

Signed this __________ day of ____________, 20 15

Eric Mitchell
______________________________
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: ______________________________

Eric Mitchell
______________________________
Signature of Plaintiff

[Er]ic Mitchell#501503374
[P.]O. Box 9356
[Ft.] lauderdale, FL 33301

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Eric Mitchell,
Plaintiff[s],

V.

Scott Israel, Sheriff Broward County Sheriff's Office;
A. Thorpe, Deputy at Broward County Main Jail Facility,
individually and in their official capacities,
Defendant[s]

COMPLAINT
Civil Action No.

FILED BY [illegible] D.C.
AUG 28 2015
[illegible]

cat/div 1983
Case #
Judge ________ Mag ________
Motn Ifp No Motion Fee pd $
Receipt #

## I. JURISDICTION & VENUE

1. This is a civil action authorized by U.S.C. Section 1983 to redress the deprivation, under Color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff Mitchell seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Mitchell's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Florida is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFFS

3. Plaintiff Eric Mitchell, is and was at all times mentioned herein a prisoner of the State of Florida in the custody of the Florida Department of Corrections. He is currently confined in Main Jail Facility, in Broward County and Florida.

## III. DEFENDANTS

4. Defendant Scott Israel is the Sheriff of Broward County Sheriff's office. He is legally responsible for the operation of Broward County Main Jail Facility and for the welfare of all the inmates of that Jail.

5. Defendant A. Thorpe is a Deputy of the Broward County Sheriff's office who, at all times mentioned in this complaint, held the rank of Officer guard and was assigned to Broward County Main Jail Facility.

6. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the Color of state law.

## III. FACTS

7. On July 26, 2015, Defendant A. Thorpe was the housing deputy when Mitchell was aced in the infirmary on Suicide watched. Upon information and belief, Broward County ain Jail Facility Policy dictated that each checked every 30 minutes, instead of every 15 inutes for the Suicide inmates.

8. Approximately 19:30 hours Mitchell asked the booth tech Ms. Wright to use the restroom. Then Mitchell Stood up HEADED to the restroom the turtle suit was half way on Mitchell body when the booth tech Said Mitchell showed her His penis.

9. When Thorpe completing the check, while Mitchell were using the restroom Thorpe waiting or Mitchell to come out and told Mitchell to get his blanket from out the dayroom Prior to where Bravo shift put Mitchell's to be housing on Suicide watch. Thorpe told Mitchell to walk into cell 7 in infirmary. Mitchell excited the cell and Stood to the right cell, on the range. So the Camera Could see everything into the cell and Preponderance of evidence.

10. When Mitchell looked while throwing the blanket on the mat, Out of nowhere Thorpe Punched Mitchell in the face. The punch caused Mitchell pain. Mitchell's right eye was bruised and Swollen for approximately 6 days. Mitchell gave Thorpe no reason to fear for his his life also Thorpe was Suppose to used the DISCIPLINARY COMMITTEE ACTION SHEET FOR WHAT THE BOOTH TECH SAID MITCHELL VIOLATION.

11. Thorpe then called for a escort from the 8th floor prior to where Mitchell Housing LOCATION WAS BEFORE COMING TO THE INFIRMARY. Thorpe denied Mitchell medical care. NEARLY three weeks went Past before Mitchell was seen by anyone in the Armor medical department.

12. The following day, July 27, 2015, the Docter came in cleared Mitchell to get off Suicide watched. That Same day, Mitchell called chris colney the Jail Class Action Attronex. Deputy came to take Pictures of mitchell face and body.

13. On July 28, 2015, Mitchell used the jail grievance system to report officer Thorpe, but the jail didn't response to the grievance at all. The case #551663 for the grievance I Sent to the Facility Commander's.

14. The following week, the internal Affairs of Broward County came to see Mitchell, AND Mitchell Stated Thorpe Used excessive force and Cruel and Unusual Punishment

15. Defendant Israel is not investigate when it Come to the officers using excessive force.

16. The facility Commander's replied Talk to Your attroney when Mitchell requeste for the officer full name.

# IV. EXHAUSTION OF LEGAL REMEDIES

17. Plaintiff Mitchell used the prisoner grievance procedure available at Broward County Main Jail to try and solve the problem. On July 28, 2015 Plaintiff Mitchell presented the facts relating to this complaint. On August 8, 2015 Plaintiff Mitchell was sent a response saying that the grievance had been denied. On August 8, 2015 HE appealed the denial of the grievance to the Facility Commander's. Facility Commander's never response. Mitchell's case # 507663 of the grievance.

# V. LEGAL CLAIMS

18. Plaintiffs reallege and incorporate by reference Paragraphs 1-18.

19. Defendant Thorpe used excessive force and Cruel and Unusual Punishment against Plaintiff Mitchell by punching him in the face and then denying Mitchell medical care when Mitchell was not violating any jail rule, and was not acting disruptively. Defendant Thorpe's action violated Plaintiff Mitchell's right under the Eight Amendment to the United States Constitution, and caused Plaintiff Mitchell pain, suffering, physical injury and emotional stress.

20. Defendant Thorpe used and continues to have officers use excessive force against Plaintiff Mitchell by punching him in the face repeatedly and O.C. Pepperfoam Mitchell when Mitchell is not acting disruptively in any way. Defendant Thorpe action violated and continues to violate Plaintiff Mitchell's right under the Eight Amendment to the United States Constitution, and is causing Plaintiff Mitchell, pain, and emotional stress

21. By witnessing Defendant Thorpe's illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendant Israel is also violating Plaintiff Mitchell's rights under the Eight Amendment to the United States Constitution and causing Plaintiff Mitchell pain, suffering, physical injury and emotional distress.

22. Plaintiff Mitchell has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

# VI. PRAYER FOR RELIEF

WHEREFORE, plaintiffs respectfully pray that this court enter judgment granting Plaintiff:

23. Granting Plaintiff Mitchell a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, an

24. A preliminary and permanent injunction ordering defendant Thorpe and Israel to cease their physical violence and Cruel and Unusual Punishment toward Plaintiff Mitc and

25. Granting Plaintiff Mitchell compensatory damages in the amount of $30,000 against [illegible] severally.

26. Plaintiff Mitchell seeks Punitive damages in the amount of $25,000. Plaintiff Mitchell seeks these damages against each defendant, jointly and Severally.

27. Plaintiff also seek A jury trial on all issues triable by Jury,

28. Plaintiff also Seek recovery of their costs in this suit, and

29. Any additional relief this court deems, just, Proper, and equitable.

DATED: August 18, 2015

Respectfully Submitted,
Eric Mitchell
#501503374
Broward County Main Jail
P.O. BOX 9356
Fort Lauderdale, FL 33301

VERIFICATION

I have read the foregoing complaint and hereby verify that the matter alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the forgoing is true and correct.

Executed at Broward County Main Jail fort lauderdale, Florida on August 18, 2015

Eric Mitchell
ERIC MITCHELL

Eric Mitchell
P.O. Box 9356
Fort Lauderdale, FL 33301

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.

Eric Mitchell,
Plaintiff,

v.

Scott Israel, A. Thorpe,
individually and in their official capacities,
Defendants

# SUMMONS

Civil Action No.

## TO THE ABOVE-NAMED DEFENDANTS:

You are hereby Summoned and required to serve upon Plaintiffs, whose address is P.O. Box 9356 an answer to the Complaint which is herewith Summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Clerk of the Court

Date: ____________________

Eric Mitchell #501503374
PO BOX 9356
Main Jail
Ft. LAUDERDALE FL 33301

MIAMI FL 333
25 AUG 2015 PM 3 L

FOREVER
USA
Bank Swallow

United States District Court
SOUTHERN DISTRICT OF FLORIDA
OFFICE of the Clerk
299 East Broward Blvd, RM 108
Ft Lauderdale, FL 33301

33301192233



Eric Mitchell #501503374
P.O. Box 9356
Main Jail Facility
Fort Lauderdale FL 33301

**USMS INSPECTED**

**RECEIVED**

Clerk's Office United States District Court Southern District of Florida
400 North Miami Ave, 8N09
Miami, FL 33128-7716

33128771699

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2012

FSC MIX Paper

THIS LETTER ORIGINATES FROM A BROWARD COUNTY JAIL FACILITY, INMATE MAIL IS UNCENSORED AND THE SHERIFF CANNOT ASSUME RESPONSIBILITY FOR ITS CONTENTS